USDC SDNY
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/12/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JEFFREY FRIES, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

16 CIVIL 6543 (ER)

**JUDGMENT**

NORTHERN OIL AND GAS, INC., MICHAEL L. REGER, and THOMAS W. STOELK,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2018, Defendants' motions to dismiss are granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
December 12, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 12/12/2018